FILED
2025 May-08 PM 05:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

U.S. District Court

Birmingham, AL 35216

May 8, 2024

## Criminal Court Case:

Brett F. Partridge vs. Jr Frey & Jeremy Frey

A. Trying to plant murder on my injury Jamie Seay.

B. 24 yrs ago

C. Jeremy (12 yrs old) Frey & Jr (12 yrs old) Frey killed Jamie Seay (13 yrs old) w/a baseball bat after she wouldn't sex them. (on the side of their driveway side of home next to the West Elementary School

☆ She was buried 75 yards away from her home on the corner of the street after passing the school on your left. ☆

(15 yards in the woods)

☆ Went to Dawson Baptist Church back [I dated her lit bit]

Murdered & been missing    Jamie Sean    25+ years ago

(A finger bone)   Phalange

☆ ☆ ☆ ☆ THIS IS HER BONE THEY LEFT ON MY FRONT PORCH last night. (saw & admitted it too)

JR FREY vs. Bratt Parnell

& Jeremy Frey     sum    (witness to some)

A. Sexual Hearassment
B. Rzzed
C. ~~scribble~~ Pedaphyled    (& been pedaphylng Ann Thar wife)

① Jr Frey pedaphyled 800+ boys
&
② Jeremy Frey pedaphyled 700+ boys
   ④ Live right by the West Chummyfhn School       as well

A) Attempted Murder multiple counts

B. Distributed HIV throughout the community

∅ THEIR FATHER WAS ARRESTED AND PUT ON THE NEWS FOR PEDAPHYLING over 1200+ people and giving them ALL AIDS/HIV over a 12-15 yr and raping. Holding them in a trailer for many  [PUT BEHIND BARS FOR YEARS] ON NEWS

RECEIVED FILED 2025 MAY -8 P 3:52 U.S. DISTRICT COURT N.D. OF ALABAMA